# REPLY TO INMATE COMPLAINT
## CASE#: C-09\10\19-072

**INMATE:** WEBB, WILLIAM

**SPN #:** 343463 / 294495

**HOUSING ASSIGNMENT:** F-300

**DATE RECEIVED:** 9/10/19

**DATE REPLY:** 9/17/19

**TYPE OF GRIEVANCE:** Inmate Compliant

---

**GRIEVANCES ARE FOR VIOLATIONS OF YOUR CIVIL RIGHTS; ANYTIME YOU ARE SUBJECTED TO A PROHIBITED ACT BY A STAFF MEMBER OR DENIED PRIVILEGES (WITHOUT JUST CAUSE) SPECIFIED IN YOUR INMATE HANDBOOK. YOUR COMPLAINT DOES NOT FALL WITHIN THESE GUIDELINES AND WILL BE ANSWERED BY PROPER PERSONNEL.**

---

Inmate Webb,

I have read your complaint. You were booked in and placed in MFSP per medical. You were then cleared the next day and awaited classification. The booking process occurred in a timely manner.

No further action is warranted.

Sgt. J. Moran

*Aug 27 cleared by psych*