William Thomas Webb SPN 2494915
5700 ave H
Galveston, TX 77551

Galveston County Jail
SEP 19 2019

PRIVILEGED INMATE MAIL

U.S. District Court Clerk
601 35th St #411
Galveston, TX 77550

FOREVER USA
Barn Swallow

United States Courts
Southern District of Texas
FILED
OCT 09 2019
David J. Bradley, Clerk of Court



**JOHN D. KINARD**
DISTRICT CLERK GALVESTON COUNTY
600 59th Street, Suite 4001
P.O. Box 17250
Galveston, Texas 77551



United States District Court
600 Rosenberg
Galveston, TX 77550

United States Courts
Southern District of Texas
FILED

OCT 09 2019

David J. Bradley, Clerk of Court